# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM D. ROWAN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71004

**FILED**

MAY 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of certiorari requests that we review the constitutionality of certain Clark County Codes. Petitioner William D. Rowan was found in violation of Clark County Code 6.04.060, based on his failure to pay his county business license fee under Code 6.12.825, which requires an annual fee for being a property manager. After unsuccessfully appealing his conviction to the district court, Rowan filed the instant petition, arguing the county code provisions unconstitutionally conflict with NRS 244.334(3)(a) and 244.3345(3)(a).

NRS 34.020(3) "authorizes [this court's] review of a certiorari petition when a district court has examined the constitutionality or validity of a statute on appeal from a conviction in justice or municipal court for a violation of that statute." *Cornella v. Justice Court*, 132 Nev., Adv. Op. 58, 377 P.3d 97, 100 (2016); *see also Dangberg Holdings Nev., L.L.C. v. Douglas Cty.*, 115 Nev. 129, 138, 978 P.2d 311, 316 (1999) ("The writ of certiorari is an extraordinary remedy and the decision to entertain

such a petition is within this court's discretion."). Here, however, the district court could not have examined the constitutionality or validity of the county codes because Rowan did not raise below the constitutional challenges set forth in his instant petition. *Cf. State v. Taylor*, 114 Nev. 1071, 1077, 968 P.2d 315, 320 (1998) ("Generally, failure to raise an issue below bars consideration on appeal."). We therefore decline to consider the petition and

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Rob Bare, District Judge
Tanasi Law Offices
Attorney General/Carson City
Clark County District Attorney/Civil Division
Eighth District Court Clerk